Bodine *v.* Boyd (et al., Appellant).

Argued December 1, 1955. Before STERN, C. J., STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.

*Robert C. Kitchen,* with him *Joseph X. Heincer,* for appellant.

*Max E. Cohen,* for appellee.

*Samuel Polsky,* with him *Thomas Z. Minehart* and *Lewis P. Green,* for appellee.

OPINION PER CURIAM, January 12, 1956:

The judgments in the above captioned cases are affirmed on the opinion of Judge MILNER.